No. 85–1851.   JOHNSON v. CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 85–1857.   CHOW ET AL., DBA HEALING ART PHARMACY v. CALIFORNIA STATE BOARD OF PHARMACY ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 85–1858.   JACKSON v. PEPSI-COLA BOTTLERS OF TOLEDO, INC.   C. A. 6th Cir.   Certiorari denied.

No. 85–1863.   MICHIGAN v. PAYNE.   Sup. Ct. Mich.   Certiorari denied.

No. 85–1865.   BERGER v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 85–1874.   BARTEL DENTAL BOOK CO. INC. ET AL. v. SCHULTZ ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–1876.   COMSIA v. MAGNONE ET AL.   C. A. 6th Cir. Certiorari before judgment denied.

No. 85–1897.   MacKECHNIE ET AL. v. COUNTY OF SULLIVAN ET AL.   Ct. App. N. Y.   Certiorari denied.

No. 85–1911.   BAILEY v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.   C. A. 4th Cir.   Certiorari denied.

No. 85–1912.   MARR v. TEXAS.   Ct. App. Tex., 10th Sup. Jud. Dist.   Certiorari denied.

No. 85–1926.   HART v. COMMODITY FUTURES TRADING COMMISSION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1943.   PEARCE v. UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 85–1952.   BASKETT ET AL. v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1955.   SAVINO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.